UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60186-CIV-DIMITROULEAS

ROBERTO GONZALEZ,

    Plaintiff,

vs.

SHAKE-IT-UP, INC. d/b/a
LEGENDS PUB,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ROBERTO GONZALEZ, and Defendant, SHAKE-IT-UP, INC. d/b/a LEGENDS PUB, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, with this Court retaining jurisdiction for enforcement purposes, as the parties have amicably settled this matter, in accordance with a Consent Decree.

AGREED and STIPULATED on this 3rd day of March, 2017.

| | |
|---|---|
| */s/ Jessica L. Kerr*_____ | */s/ Ted P. Galatis, Jr.*_____ |
| Jessica L. Kerr, Esquire | Ted P. Galatis Jr., Esq. |
| Florida Bar No. 92810 | Florida Bar No. 379778 |
| */s/ Jaci R. Mattocks*_____ | **TED P. GALATIS, JR.** |
| Jaci R. Mattocks, Esquire | 1501 NE 4th Avenue |
| Florida Bar No. 115765 | Fort Lauderdale, Florida 33304-1000 |
| **THE ADVOCACY GROUP** | Telephone: (954) 522-6700 x16 |
| 333 La Olas Way, CU3, Suite 311 | Facsimile: (954) 765-1325 |
| Hollywood, FL 33301 | Email: tgalatis@Galatislaw.com |
| Telephone: (954) 282-1858 | *Counsel for Defendant* |
| Facsimile: (844) 786-3694 | |
| Email: service@advocacypa.com | |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

By: */s/ Jessica L. Kerr*_____
Jessica L. Kerr, Esquire
Florida Bar No. 92810